[ ORAL ARGUMENT NOT SCHEDULED ]

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
Washington, DC 20001-2866

| | |
|---|---|
| INTERCOLLEGIATE BROADCASTING SYSTEM, INC., a Rhode Island Non-Profit Corporation, <br><br> Appellant, <br><br> v. <br><br> COPYRIGHT ROYALTY BOARD, LIBRARY OF CONGRESS, <br><br> Appellees, <br><br> SOUNDEXCHANGE, INC., <br><br> Movant-Intervenor for Appellee | Case No. 11-1083 <br> Docket No. 2009-1 <br> CRB Webcasting III <br><br> Consolidated with <br> Case No. 11-1103 |

## STATEMENT AS TO DEFERRED APPENDIX

Counsel for Appellant IBS and Appellee Board have agreed to use a deferred appendix.

Respectfully submitted,

/s/ William Malone
William Malone,
Counsel of record, and
James R. Hobson
Matthew K. Schettenhelm
Miller & Van Eaton, P.L.L.C.
1155 Connecticut Avenue, N.W., Suite 1000
Washington, DC  20036
Phone: (202) 785-0600
Fax:  (202) 785-1234
Info2@millervaneaton.com

<u>Attorneys for</u>
<u>Intercollegiate Broadcasting System, Inc.</u>

April 20, 2011

6917\02\00159345.DOC