## UNITED STATES COPYRIGHT ROYALTY JUDGES

| | |
|---|---|
| **In the Matter of** ) | |
| ) | |
| **DIGITAL PERFORMANCE RIGHT** ) | **Docket No. 2009-1 CRB Webcasting III** |
| **IN SOUND RECORDING AND** ) | |
| **EPHEMERAL RECORDINGS** ) | |
| ) | |

### <u>CERTIFICATION STATEMENT OF JAMES SCOTT SLEDGE</u>

I, James Scott Sledge, Chief Copyright Royalty Judge of the United States Copyright

Royalty Judges located in the Library of Congress, hereby certify that the attached List of Items

in the Record in Docket No. 2009-1 CRB Webcasting III, is a true and accurate listing of all

filings in the record of the proceeding before the Copyright Royalty Judges to determine the rates

and terms for the digital public performance of sound recordings license under 17 U.S.C. § 114

and for the making of ephemeral copies in furtherance of a digital public performance under 17

U.S.C. § 112.

James Scott Sledge
Chief U.S. Copyright Royalty Judge

April 20, 2011

### DOCKET NO. 2009-1 CRB WEBCASTING III
#### DIGITAL PERFORMANCE RIGHTS IN SOUND RECORDINGS AND EPHEMERAL RECORDINGS

| INDEX | TITLE | DATE | PARTY | CONTENT |
|---|---|---|---|---|
| CRB1 | Filing | 1-22-09 | Intercollegiate Broadcasting System, Inc. | Petition to Participate |
| CRB2 | Filing | 1-29-09 | Live365, Inc. | Petition to Participate |
| CRB3 | Filing | 2-2-09 | LoudCity LLC | Petition to Participate |
| CRB4 | Filing | 2-3-09 | AccuRadio, LLC Digitally Imported, Inc; Got Radio LLC, IoWorldMedia, Inc. Radio Paradise, Inc., SomaFM.com LLC | Joint Petition to Participate |
| CRB5 | Filing | 2-3-09 | SoundExchange (SX) | Petition to Participate |
| CRB6 | Filing | 2-3-09 | Amazon.com | Petition to Participate |
| CRB7 | Filing | 2-3-09 | RealNetworks, Inc. | Petition to Participate |
| CRB8 | Filing | 2-3-09 | College Broadcasters, Inc. (CBI) | Petition to Participate |
| CRB9 | Filing | 2-3-09 | David W. Rhan | Petition to Participate |
| CRB10 | Filing | 2-3-09 | Royalty Logic | Petition to Participate |
| CRB11 | Filing | 2-3-09 | Commonwealth Broadcasting Corporation | Petition to Participate |
| CRB12 | Filing | 2-4-09 | Sirius XM Radio Inc. | Petition to Participate |
| CRB13 | Filing | 2-4-09 | Clear Channel Communications Inc. | Petition to Participate |
| CRB14 | Filing | 2-4-09 | National Religious Broadcasters Music License Committee | Petition to Participate |
| CRB15 | Filing | 2-4-09 | National Religious Broadcasters Non Commercial Music License Committee | Petition to Participate |
| CRB16 | Filing | 2-4-09 | Apple Inc. | Petition to Participate |

| CRB17 | Filing | 2-4-09 | Digital Media Association (DiMA) | Petition to Participate |
|---|---|---|---|---|
| CRB18 | Filing | 2-4-09 | Citadel Broadcasting Corporation | Joint Petition to Participate |
| | | | Clarke Broadcasting Corporation Entercom Communications, Galaxy Communications, Greater Media, Inc. | |
| CRB19 | Filing | 2-4-09 | CBS Radio Inc. | Petition to Participate |
| CRB20 | Filing | 2-4-09 | NCE Radio Coalition | Petition to Participate |
| CRB21 | Filing | 2-4-09 | Slacker, Inc. | Petition to Participate |
| CRB22 | Filing | 2-4-09 | Catholic Radio Association (CRA) | Petition to Participate |
| CRB23 | Filing | 2-4-09 | Yahoo!, Inc. | Petition to Participate |
| CRB24 | Filing | 2-4-09 | Spacial Audio Solutions | Petition to Participate |
| CRB25 | Filing | 2-4-09 | National Association of Broadcasters (NAB) | Petition to Participate |
| CRB26 | Filing | 2-4-09 | Bonneville International Corporation | Petition to Participate |
| CRB27 | Filing | 2-4-09 | Pandora Media, Inc. | Petition to Participate |
| CRB28 | Filing | 2-4-09 | mSpot, Inc. | Petition to Participate |
| CRB29 | Filing | 2-4-09 | MTV Networks Viacom | Petition to Participate |
| CRB30 | Filing | 2-4-09 | Access2ip | Petition to Participate |
| CRB31 | ORDER | 2-24-09 | CRB | Order Announcing Negotiation Period and to Show Cause |
| CRB32 | Filing | 2-27-09 | Loud City LLC/Brandon | Order to Show Cause and Petition to Participate |
| CRB33 | Filing | 3-2-09 | Spacial Audio | Response to Order to Show Cause and Petition to Participate |

| CRB34 | Filing | 3-2-09 | Access2IP | Response to Order to Show Cause for the Acceptance of Petition to Participate |
| CRB35 | Filing | 3-2-09 | Access2ip | Notice of Appearance |
| CRB36 | Filing | 3-2-09 | Live365 | Notice of Appearance |
| CRB37 | Filing | 3-2-09 | Live365 | Response to Order to Show Cause for the Acceptance of Petition to Participate |
| CRB38 | Filing | 3-2-09 | Commonwealth Broadcasting | Notice of Withdrawal |
| CRB39 | Filing | 3-2-09 | Slacker, Inc. | Response in Support of Petition to Participate |
| CRB40 | Filing | 3-2-09 | Slacker, Inc. | Notice of Appearance |
| CRB41 | Filing | 3-2-09 | DiMA | Notice of Appearance |
| CRB42 | Filing | 3-2-09 | DiMA | Response in Support of Petition to Participate |
| CRB43 | Order | 3-5-09 | CRB | Order Regarding Petitions to Participate Subject to Show Cause Order |
| CRB44 | Filing | 3-20-09 | Bonneville Int'l Corp. | Notice of Withdrawal |
| CRB45 | Filing | 3-30-09 | Citadel Broadcasting Entercom Communications Galaxy Communications Greater Media | Notice of Withdrawal |
| CRB46 | Filing | 4-1-09 | Clear Channel | Notice of Withdrawal |
| CRB47 | Filing | 4-1-09 | CBS Radio Inc. | Notice of Withdrawal |
| CRB48 | Filing | 4-2-09 | Apple Inc. | Notice Substitution of Counsel |
| CRB49 | Filing | 4-2-09 | DiMA | Notice Substitution of Counsel |

Last updated: 4/19/11

| CRB50 | Filing | 4-2-09 | Slacker Inc. | Notice Substitution of Counsel |
|-------|--------|--------|--------------|-------------------------------|
| CRB51 | Filing | 4-20-09 | LIVE365, Inc. | Notice of Appearance and Certificate of Service |
| CRB52 | Filing | 4-20-09 | ACCESS2IP | Notice of Appearance and Certificate of Service |
| CRB53 | Filing | 5-29-09 | mSpot, Inc. | Statement Regarding Status of Negotiation |
| CRB54 | Filing | 5-29-09 | NCE Radio Coalition | Status Report |
| CRB55 | Filing | 5-29-09 | Got Radio, LLC SomaFM.com LLC | Notice of Withdrawal |
| CRB56 | Filing | 6-1-09 | Royalty Logic, LLC | Statement Regarding Status of Negotiations |
| CRB57 | Filing | 6-1-09 | Slacker | Change of Address |
| CRB58 | Filing | 6-1-09 | Apple | Change of Address |
| CRB59 | Filing | 6-1-09 | DiMA | Change of Address |
| CRB60 | Filing | 6-1-09 | Dima, Apple, Slacker | Notice of Status of Negotiations |
| CRB61 | Filing | 6-1-09 | SoundExchange | Notice of Status of Negotiations |
| CRB62 | Filing | 6-1-09 | NAB & Sound Exchange "The Parties" | Joint Motion to Adopt Partial Settlement |
| CRB63 | Filing | 6-1-09 | CBI | Written Notification Regarding Settlement Status |
| CRB64 | Filing | 6-1-09 | Live365 and Access2ip | Report of Status of Negotiations |
| CRB65 | Filing | 6-2-09 | IBS & Harvard Radio | Joint Report |
| CRB66 | Filing | 6-2-09 | Catholic Radio Association (CRA) | Petition for Leave to File and Status Report |

| CRB67 | Filing | 6-3-09 | RealNetworks, Inc. | Notice of Motion for Leave to File Out of Time Status Report Regarding Settlement Negotiations |
|---|---|---|---|---|
| CRB68 | Filing | 6-3-09 | National Religious Broadcasters<br><br>Non Commercial Music License Committee (NCBNMLC) | Motion to Accept Filing and Notification of Status of Settlement Negotiations |
| CRB69 | Filing | 6-3-09 | Sirius XM | Motion to Accept Filing and Notification of Status of Settlement Negotiations |
| CRB70 | Filing | 6-5-09 | Independent Commercial Webcasters (ICW) | Motion for Acceptance of a Late Filing and Notice of status of Negotiations |
| CRB71 | Filing | 6-5-09 | Public Radio | Motion for Leave to File Out of Time Its Petition to Participate |
| CRB72 | Filing | 6-5-09 | David Rahn | Status Notification and Request for Acceptance of Late Filing of Status Notification |
| CRB73 | Filing | 6-12-09 | Pandora | Motion for the Acceptance of a Late Filing; Notice of Status of Negotiations |
| CRB74 | ORDER | 6-24-09 | CRB | ORDER Setting Deadline and Procedures for the Filing of Written Direct Statements |
| CRB75 | ORDER | 6-24-09 | CRB | ORDER Granting Public Radio's Motion for Leave to File Out of Time Petition to Participate |
| CRB76 | Filing | 7-28-09 | Pandora Media | Notice of Withdrawal |
| CRB77 | Filing | 8-7-09 | Apple | Notice of Withdrawal of Counsel |
| CRB78 | Filing | 8-7-09 | DiMA | Notice of Withdrawal of Counsel |
| CRB79 | Filing | 8-7-09 | Slacker, Inc. | Notice of Substitution of Counsel |

| | | | | |
|---|---|---|---|---|
| CRB80 | Filing | 8-13-09 | SX and CBI | Joint Motion to Adopt Partial Settlement |
| CRB81 | Filing | 8-14-09 | NRBNMLC | Notice of Withdrawal |
| CRB82 | Filing | 8-20-09 | mSpot, Inc. | Notice of Withdrawal |
| CRB83 | Filing | 8-20-09 | National Public Radio | Notice of Withdrawal |
| CRB84 | Filing | 8-21-09 | Slacker, Inc. | Notice of Withdrawal |
| CRB85 | Filing | 8-21-09 | David W. Rahn | Notice of Withdrawal |
| CRB86 | Filing | 8-24-09 | NCE Radio Coalition | Notice of Withdrawal |
| CRB87 | Filing | 8-25-09 | SoundExchange | Motion for an Order Requiring All Participants to File a Notice of Intention to Submit a Written Direct Statement |
| CRB88 | Filing | 8-26-09 | RealNetworks | Notice of Appearance |
| CRB89 | Filing | 8-27-09 | Catholic Radio Ass'n | Notice of Withdrawal from Proceeding |
| CRB90 | Filing | 8-31-09 | Amazon.com, Inc. | Notice of Withdrawal |
| CRB91 | Filing | 8-31-09 | IBS | Opposition to Motion of SoundExchange (re notice of intent to submit a written direct statement) |
| CRB92 | Filing | 8-31-09 | AccuRadio LLC, Digitally Imported, ioWorldMedia, Radio Paradise | Notice of Withdrawal |
| CRB93 | ORDER | 8-31-09 | CRB | Order on Notice of Intent to Submit Written Direct Statement (distributed to parties on 9/2/09 along with updated service list) |
| CRB94 | Filing | 9-1-09 | Clarke Broadcasting Corp. | Notice of Withdrawal |

| CRB95 | Filing | 9-2-09 | SX/RealNetworks | Joint Motion to Adopt Protective Order |
| CRB96 | Filing | 9-2-09 | SX | Notice of Intention to File a Written Direct Statement |
| CRB97 | Filing | 9-3-09 | Live365 | Supplemental Notice of Appearance |
| CRB98 | Filing | 9-3-09 | Live365 | Notice of Intention to Submit Written Direct Statement |
| CRB99 | Filing | 9-3-09 | NRBMLC | Notice of Withdrawal |
| CRB100 | Filing | 9-3-09 | Sirius XM Radio | Notice of Withdrawal |
| CRB101 | Filing | 9-4-09 | RealNetworks | Notice of Intent to Submit Written Direct Statement |
| CRB102 | Filing | 9-4-09 | Royalty Logic | Notice of Intent to Submit Written Direct Statement |
| CRB103 | Filing | 9-9-09 | IBS/Harvard Radio | Joint Notice of Intention to Submit Written Direct Case |
| CRB104 | Filing | 9-14-09 | CBI | Notice of Intention to Submit a Direct Written Statement |
| CRB105 | Filing | 9-15-09 | Access2IP | Notice of Withdrawal |
| CRB106 | Filing | 9-21-09 | MTV Networks | Notice of Intent to Submit a Written Direct Statement |
| CRB107 | ORDER | 9-23-09 | CRB | Order Granting Joint Motion to Adopt Protective Order |
| CRB108 | ORDER | 9-23-09 | CRB | Protective Order |
| CRB109 | Filing | 9-28-09 | MTV Networks | Notice of Intent to Submit A Written Direct Statement |
| CRB110 | Filing | 9-29-09 | MTV Networks | Notice of Withdrawal of MTV Networks |
| CRB111 | Filing | 9-29-09 | Royalty Logic, LLC | Direct Statement |

| CRB112 | Filing | 9-29-09 | CBI | Direct Case |
|--------|--------|---------|-----|-------------|
| CRB113 | Filing | 9-29-09 | IBS | Testimony of Frederick J. Kass, Jr. |
| CRB114 | Filing | 9-29-09 | RealNetworks Inc. | Unopposed Motion for Application of Protective Order |
| CRB115 | Filing | 9-29-09 | RealNetworks Inc. | Written Direct Statement |
| CRB116 | Filing | 9-29-09 | SX | Written Direct Statement Vol 1 & 2 |
| CRB117 | Filing | 9-29-09 | Live365 Inc. | Written Direct Statement |
| CRB118 | Filing | 9-29-09 | SX | Motion for Application of Protective Order to Certain Information Contained in its Written Direct Case |
| CRB119 | Filing | 11-4-09 | All Parties | Joint Motion for Issuance of Discovery Schedule |
| CRB120 | Filing | 12-1-09 | RealNetworks | Motion for Issuance of Subpoenas to NonParty Witnesses |
| CRB121 | Filing | 12-3-09 | Live365 | Joinder in RealNetworks, Inc.s Motion for Issuance of Subpoenas to NonParty Witnesses |
| CRB122 | Filing | 12-8-09 | SX | Opposition to RealNetworks and Live365's Motion for Issuance of Subpoena's to Non-Party Witnesses |
| CRB123 | Filing | 12-8-09 | Pandora Media Inc. | Motion for Leave to file Opposition to the Motion of RealNetworks, inc. for Issuance of Subpoenas to Non-Party Witnesses and to the Joinder of Live365, Inc. |
| CRB124 | ORDER | 12-9-09 | CRB | Order Denying Motion for Subpoenas to NonParites |
| CRB125 | Filing | 12-10-09 | Live365, Inc. | Joinder in Realnetworks, Inc.'s Motion for Issuance of Subpoenas to Non Party Witnesses |

| | | | | |
|---|---|---|---|---|
| CRB126 | Filing | 12-10-09 | RealNetworks | Motion for Issuance of Subpoenas to NonParty Witnesses |
| CRB127 | Filing | 12-17-09 | CBS Interactive | Notice of Limited Appearance and Demonstration of Compliance of Bruce G. Joseph and Jennifer L. Elgin on Behalf of Non-Participant CBS Interactive |
| CRB128 | Filing | 12-17-09 | CBSi "Movants" | Opposition to Motion for Issuance of Subpoenas to NonParty Witnesses |
| CRB129 | Filing | 12-17-09 | RealNetworks | Reply in Support of Motion for Issuance of Subpoenas to NonParty Witnesses |
| CRB130 | Filing | 12-17-09 | Pandora Media | Motion of Pandora Media Inc. for Leave to File Opposition to the Motion of RealNetworks Inc.for Issuance of Subpoenas to Nonparty Witnesses and to the Joinder of Live365 Inc. |
| CRB131 | Filing | 12-17-09 | SX | Oppositions to RealNetworks and Live365 Motions for Issuance of Subpoenas to NonParty Witnesses |
| CRB132 | Filing | 12-17-09 | Slacker, Inc | Opposition to RealNetworks, Inc.s and Live365, Inc's Motion for Issuance of Subpoenas to NonParty Witnesses |
| CRB133 | ORDER | 12-23-09 | CRB | Notice of Hearing |
| CRB134 | Filing | 12-23-09 | Live365, Inc. | Reply in Support of Motion for Issuance of Subpoena to NonParty Witnesses |
| CRB135 | Filing | 12-24-09 | CBI | Notice of Substitution of Counsel |
| CRB136 | Filing | 1-5-10 | Real Networks | Kooker Deposition Schedule |
| CRB137 | Filing | 1-7-10 | Live365, Inc. | Notice of Deposition |

| | | | | |
|---|---|---|---|---|
| CRB138 | Filing | 1-11-10 | Real Networks | Notice of Deposition |
| CRB139 | Filing | 1-11-10 | Pandora Media | Statement in Connection with Hearing on Motions for Issuance of Subpoenas to NonParties |
| CRB140 | Filing | 1-11-10 | RealNetworks | Notice of Disposition |
| CRB141 | Filing | 1-13-10 | SX | Depositions |
| CRB142 | Filing | 1-20-10 | Slacker, Inc. | Notice Re: Hearing on Motion for Issuance of Subpoenas to NonParty Witnesses |
| CRB143 | Filing | 1-27-10 | IBS | Motion to Compel CBI to Answer Interrogatory and Produce Documents |
| CRB144 | Filing | 1-29-10 | RealNetworks & Live365 "Movants" | Motion to Compel SoundExchange to Produce Documents Underlying Sound Exchange's Direct Case |
| CRB145 | ORDER | 1-29-10 | CRB | Request for Interpretation of a Material Question of Law From the Register of Copyrights |
| CRB146 | Transcript | 1-29-10 | Capitol Reporting | Motion Hearing January 12, 2010 |
| CRB147 | Filing | 1-29-10 | SX | Motion to Compel Live365 to Produce Documents |
| CRB148 | Filing | 1-29-10 | SX | Motion to Compel RealNetworks to Produce Documents |
| CRB149 | Filing | 2-5-10 | RealNetworks | Opposition to Sound Exchange Motion to Compel RealNetworks to Produce Documents |
| CRB150 | Filing | 2-5-10 | College Broadcasters Inc. (CBI) | Response to Non-Opposing Party IBS Motion to Compel |
| CRB151 | Filing | 2-5-10 | SX | Opposition to RealNetworks & Live365's Motion to Compel SX to Produce Documents |

| CRB152 | Filing | 2-5-10 | Live365 | Response to SX Motion to Compel Live365 to Produce Documents |
| CRB153 | Filing | 2-12-10 | SX | Reply in Support of Its Motion to Compel RealNetworks to Produce Documents |
| CRB154 | Filing | 2-12-10 | SX | Reply in Support of Its Motion to Compel Live365 to Produce Documents |
| CRB155 | Filing | 2-12-10 | RealNetworks & Live365 | Reply to SX Opposition to Motion to Compel SX to Produce Documents Underlying SX's Direct Case |
| CRB156 | Filing | 2-12-10 | RealNetworks & Live365 | Second Motion to Compel SX to Documents |
| CRB157 | Filing | 2-12-10 | RealNetworks | Requesting Referral of Novel Material Questions of Substantive Law |
| CRB158 | Filing | 2-16-10 | Live365 | Notice of Amended Written Direct Statement of D.r Mark Fratrik |
| CRB159 | Filing | 2-16-10 | Live365 | Amended Testimony of Mark R. Fratrik |
| CRB160 | Filing | 2-16-10 | SX | Notice of Filing Amended and Corrected Testimony of Michael Pelcovits and Barrie Kessler |
| CRB161 | Filing | 2-16-10 | RealNetworks | Unopposed Motion for Application of the Protective Order |
| CRB162 | Filing | 2-16-10 | RealNetworks | Amended Testimony of Gregory Rosston (Public and Restricted Versions) |
| CRB163 | Filing | 2-17-10 | IBS | Reply to CBI's Response to IBS Motion to Compel |
| CRB164 | Filing | 2-19-10 | RealNetworks & Live365 | Third Motion to Compel Sound Exchange to Produce Documents |

| | | | | |
|---|---|---|---|---|
| CRB165 | Filing | 2-22-10 | Sound Exchange | Opposition to Realnetworks, Inc. Motion Requesting Referral of Novel Material Questions of Substantive Law |
| CRB166 | Filing | 2-22-10 | Sound Exchange | Opposition to RealNetworks, Inc and Live365's Second Motion to Compel Sound Exchange to Produce Documents |
| CRB167 | Filing | 2-22-10 | "The Parties" SX, RealNetworks, Live365, IBS, Royalty Logic | Joint Scheduling Proposal |
| CRB168 | ORDER | 2-22-10 | Register of Copyrights | Memorandum Opinion on Material Questions of Substantive Law |
| CRB169 | Filing | 2-23-10 | SX, RealNetworks, Live365, Inc, IBS, CBI | Joint Settlement Conference Report |
| CRB170 | Filing | 2-26-10 | "Movants" Live 365, Real Networks | Reply in Support of their Second Motion to Compel SX to Produce Documents |
| CRB171 | Filing | 2-26-10 | Sound Exchange | Reply in Support of Motion of RealNetworks, Inc. Requesting Referral of Novel Material Questions of Substantive Law |
| CRB172 | Filing | 2-26-10 | SX | Opposition to RealNetworks and Live365's Third Motion to Compel SX to Produce Documents |
| CRB173 | ORDER | 3-3-10 | CRB | Order Granting the Motion of SoundExchange To Compel RealNetworks to Produce Documents |
| CRB174 | ORDER | 3-3-10 | CRB | Order Granting in Part and Denying in Part the Motion of SoundExchange to Compel Live365 to Produce Documents |
| CRB175 | ORDER | 3-3-10 | CRB | Discovery Schedule |

| CRB176 | Filing | 3-4-10 | RealNetworks & Live 365 "Movants" | Status of Motion to Compel |
| --- | --- | --- | --- | --- |
| CRB177 | Filing | 3-4-10 | Movants | Reply in Support of their Third Motion to Compel SoundExchange to Produce Documents |
| CRB178 | ORDER | 3-5-10 | CRB | Order Denying Issuance of Subpoenas for NonParty Witnesses |
| CRB179 | ORDER | 3-5-10 | CRB | ORDER Granting in Part and Denying in Part the Third Motion of Real Networks and Live365 To Compel SoundExchange to Produce Documents |
| CRB180 | ORDER | 3-5-10 | CRB | ORDER Granting in Part and Denying in Part the Joint Motion of RealNetworks and Live365 to Compel SoundExchange to Produce Documents Requested in Movants' First Set of Request |
| CRB181 | ORDER | 3-8-10 | CRB | ORDER Granting in Part and Denying in Part the Second Motion fo Real Networks and Live365 to Compel SoundExchange to Produce Documents |
| CRB182 | Filing | 3-22-10 | SX | Motion in Limeline to Exclude Dr. Rosston's Testimony about Non-Precedential Agreements |
| CRB183 | ORDER | 3-25-10 | CRB | ORDER Granting Motions of RealNetworks and SoundExchange to Apply the Protective Order |
| CRB184 | ORDER | 3-30-10 | Register of Copyrights | Memorandum Opinion on Material Questions of Substantive Law |
| CRB185 | ORDER | 3-31-10 | CRB | ORDER Referring Material Questions of Substantive Law |
| CRB186 | ORDER | 4-1-10 | CRB | ORDER Granting in Part and Denying in Part IBS's Motion to Compel CBI to Answer Interrogatory and Produce Documents |

| CRB187 | Filing | 4-5-10 | RealNetworks | Opposition to SoundExchange Motion in Limine to Exclude Dr. Rosston's Testimony About Non-Precedential Agreements |
|---|---|---|---|---|
| CRB188 | Filing | 4-9-10 | SX | Order of Witnesses |
| CRB189 | Filing | 4-9-10 | SX | Reply in Support of Its Motion in Limine to Exclude Dr. Rosston's Testimony About Non-Precedential Agreements |
| CRB190 | Filing | 4-13-10 | RealNetworks (RN) | Notice of Intent to Withdraw |
| CRB191 | Filing | 4-13-10 | IBS | Unopposed Request for Clarification of Hearing Order |
| CRB192 | Filing | 4-13-10 | Live365 | Emergency Request for a Two-Day Continuance of Commencement of the Direct Case Hearing |
| CRB193 | Filing | 4-14-10 | SX | Opposition to Live365 Emergency Request for a Two-Day Continuance of Commencement of the Direct Case Hearing |
| CRB194 | Filing | 4-14-10 | IBS | Conditional Opposition to Live365's Request for Continuance |
| CRB195 | Filing | 4-14-10 | IBS | Witness Letter |
| CRB196 | Filing | 4-14-10 | SX | Notice of Filing Corrected Testimony of Dennis Kooker |
| CRB197 | Filing | 4-14-10 | SX | Corrected Testimony of Dennis Kooker (Public and Restricted) |
| CRB198 | ORDER | 4-15-10 | CRB | ORDER IBS Motion for Clarification |
| CRB199 | ORDER | 4-15-10 | CRB | ORDER Live365 Motion for Continuance |
| CRB200 | Filing | 4-15-10 | CBI | Request for Clarification of Order Directing Hearing on Settlements |
| CRB201 | Filing | 4-16-10 | RN | Notice of Withdrawal |

| CRB202 | Filing | 4-17-10 | Patrick Sutherland<br>WVBC-FM<br>Bethany College | Settlement Comments |
| CRB203 | Filing | 4-19-10 | Dave Black<br>WSUM-FM | Settlement Comments |
| CRB204 | Filing | 4-19-10 | SX | Notice of Appearances |
| CRB205 | Filing | 4-19-10 | Live365, Inc. | Witness Appearances |
| CRB206 | Filing | 4-20-10 | Harvard Radio | Notice of Withdrawal |
| CRB207 | Filing | 4-20-10 | Bill Keith<br>WSDP Radio<br>Plymouth Canton<br>Community Schools | Comments CBI/SX Settlement |
| CRB208 | Filing | 4-20-10 | Gregory Weston<br>WPTS-FM | Settlement Comments |
| CRB209 | Filing | 4-20-10 | Richard Gainey<br>WONB-FM Ohio<br>Northern University | Settlement Comments |
| CRB210 | Filing | 4-20-10 | Susie Kuo<br>KSSU | Settlement Comments |
| CRB211 | Filing | 4-20-10 | Chris Thuringer<br>WRFL-Univ of Kentucky | Settlement Comments |
| CRB212 | Filing | 4-20-10 | Aaron Read<br>WHWS-LP/Hobart &<br>William Smith Colleges | Webcasting Comments |
| CRB213 | Filing | 4-21-10 | Hank McDonnell<br>KUIW.org/University<br>of Incarnate Word | Settlement Comments |
| CRB214 | Filing | 4-21-10 | Mike Marek<br>KWSC-FM/Wayne State | Settlement Comments |
| CRB215 | Filing | 4-21-10 | Jeffrey Harman<br>WMCO FM-Muskingum Univ. | Settlement Comments |

| CRB216 | Filing | 4-21-10 | Terry Wedel KSBR-FM/OCRock Radio.com Saddleback College | Settlement Comments |
| CRB217 | Filing | 4-21-10 | Danielle Basci WLUW-FM Loyola University | Settlement Comments |
| CRB218 | Filing | 4-21-10 | James Niedbalski WJJW | Settlement Comments |
| CRB219 | Filing | 4-21-10 | Doug Walker WACW Asbury University | Settlement Comments |
| CRB220 | Filing | 4-21-10 | Gregory Newton ACRN Ohio University | Settlement Comments |
| CRB221 | Filing | 4-21-10 | Joel Willer KXUL Univ of Louisiana | Settlement Comments |
| CRB222 | Filing | 4-22-10 | Albert Peterson National Association of Broadcasters (NAB) | Settlement Comments |
| CRB223 | Filing | 4-22-10 | Warren Kozireski WBSU | Settlement Comments |
| CRB224 | Filing | 4-22-10 | Bill DiNome Univ. North Carolina Wilmington | Settlement Comments |
| CRB225 | Filing | 4-22-10 | Willette Hill Intercollegiate Broadcasting System (IBS) | Settlement Comments |
| CRB226 | Filing | 4-22-10 | Jamie Gilbert WKNC North Carolina State | Settlement Comments |
| CRB227 | Filing | 4-22-10 | Mark Maben WSOU-FM | Settlement Comments |

| | | | | |
|---|---|---|---|---|
| CRB228 | Filing | 4-22-10 | John Devecka<br>WLOY Loyala Radio | Settlement Comments |
| CRB229 | Filing | 4-22-10 | Erica Tyron<br>KSPC Pomona College | Settlement Comments |
| CRB230 | Filing | 4-22-10 | Sandra Wasson<br>KALX FM<br>Univ. California Berkeley | Settlement Comments |
| CRB231 | Filing | 4-22-10 | Sound Exchange | Settlement Comments |
| CRB232 | Filing | 4-23-10 | Live365, Inc. | Witness Schedule |
| CRB233 | Filing | 4-26-10 | SX | Memorandum Regarding the Admissibility of Certain Live365 Financial Documents and the Deposition Transcript of N. Mark Lam |
| CRB234 | Filing | 4-27-10 | Live365, Inc. | Objection to Admission into Evidence of the Deposition Transcript of N. Mark Lam |
| CRB235 | Transcript | 4-28-10 | Capitol Reporting | Volume I - 4/19/10 - Witnesses: Dennis Kooker and Michael Pelcovits; Exhibits: SoundExchange (SX) and Live365; Restricted Session |
| CRB236 | Transcript | 4-28-10 | Capitol Reporting | Volume II - 4/20/10 - Witnesses: Michael Pelcovits, Kim Roberts Hedgepeth, George Ford and Barrie Kessler; Exhibits: Live365 and SX |
| CRB237 | Filing | 4-30-10 | IBS | Objections Hearing Letter |
| CRB238 | Filing | 5-3-10 | SX | Hearing on Objections Letter |
| CRB239 | Filing | 5-5-10 | SX | Brief Concerning Its Bundled Rate Structure for Section 112 and 114 Royalties |
| CRB240 | Transcript | 5-5-10 | Capitol Reporting | Volume III - 4/21/10- Witness: Barrie Kessler, John Murphy, Benjamin Shaiken; Exhibits Live365, IBS, SX |

| | | | | |
|---|---|---|---|---|
| CRB241 | Transcript | 5-5-10 | Capitol Reporting | Volume IV - 4/22/10 - Witnesses: W. Tucker McCrady, Voir Dire, Frederick Kass; Exhibits: Live365, IBS, and SX |
| CRB242 | Filing | 5-6-10 | Live365 | Comments on SoundExchange's Brief Concerning the Bundled Rate Structure for Section 112 and 114 Royalties |
| CRB243 | Transcript | 5-7-10 | Capitol Reporting | Volume VI- 4/27/10 - Witness: Mark Fratrik; Exhibits: SX and Live365 |
| CRB244 | Transcript | 5-11-10 | Capital Reporting | Volume V - 4/26/10 - Witness: Johnie Floater; Exhibits: SX |
| CRB245 | Filing | 5-11-10 | Sound Exchange | Witness Letter |
| CRB246 | Filing | 5-14-10 | the "Parties" | Stipulation of SoundExchange, Inc. And Live365, Inc. Regarding the Minimum Fee for Commercial Webcasters and the Royalty Payable for the Making of Ephemeral Recordings |
| CRB247 | Transcript | 5-13-10 | Capital Reporting | Vol VII-4/28/10 - Witness: Diane Lockhart; Exhibit: Live365 |
| CRB248 | Transcript | 5-19-10 | Capital Reporting | Motion to Adopt Partial Settlement Hearing (May 5, 2010) |
| CRB249 | Filing | 5-21-10 | IBS | Restatement Rate Proposal |
| CRB250 | Filing | 5-21-10 | SX | Notice of Filing Post Hearing Responses by Michael Pelcovits to Judges Questions and Post Hearing Responses by Michael Pelcovits |
| CRB251 | Filing | 6-7-10 | Live365 | Rebuttal Statements (Public and Restricted) |
| CRB252 | Filing | 6-7-10 | IBS | Rebuttal Testimony of Frederick J. Kass |
| CRB253 | Filing | 6-7-10 | SX | Motion for Application of the Protective Order to Sound Exchange Rebuttal Exhibit 2 |
| CRB254 | Filing | 6-7-10 | SX | Written Rebuttal Statement (Public and Restricted) |

| CRB255 | Filing | 6-8-10 | Live365 | Motion for Application of the Protective Order |
| CRB256 | Filing | 6-8-10 | Live365 | Erratum to Electronic Copy of Written Rebuttal Testimony of Michael Salinger |
| CRB257 | Filing | 6-8-10 | Live365 | Motion to Accept Live365, Inc.'s Motion for Application of the Protective Order |
| CRB258 | Filing | 6-9-10 | Live365 | Erratum to Electronic Copy of Live365's Clarification Regarding Terminology & The Operations of Live365 |
| CRB259 | Filing | 6-14-10 | IBS | Correction to Rebuttal Testimony of Frederick J. Kass |
| CRB260 | Filing | 6-15-10 | IBS | Documents Relied on in Rebuttal Testimony of Frederick J. Kass |
| CRB261 | Filing | 6-22-10 | Live365 | Motion for Issuance fo Subpoenas to NonParties |
| CRB262 | Filing | 6-24-10 | Live365 | Discovery Schedule |
| CRB263 | Filing | 6-25-10 | SX | Motion to Revise Rebuttal Trial Schedule |
| CRB264 | Filing | 6-29-10 | Slacker, Inc. | Opposition to Live365, Inc's Motion for Issuance of Subpoenas to NonParties |
| CRB265 | Filing | 6-29-10 | Pandora | Motion for Leave to File Opposition to the Motion of Live365, Inc. For Issuance of Subpoenas to NonParty Witnesses |
| CRB266 | Filing | 6-29-10 | SX | Opposition to Live365, Inc's Motion for Issuance of Subpoenas to NonParties |
| CRB267 | Filing | 6-29-10 | Pandora Media | Motion for Leave to File Opposition to the Motion of Live365, For Issuance of Subpoenas to NonParty Witnesses |
| CRB268 | Filing | 7-2-10 | SX | Depositions Schedule |
| CRB269 | Filing | 7-2-10 | Live365 | Deposition Schedule |

| CRB270 | Filing | 7-6-10 | Live365 and IBS | Opposition to SoundExchange Motion to Revise Rebuttal Trial Schedule |
| CRB271 | Filing | 7-6-10 | Live365 | Response in Support of Motion for Issuance of Subpoenas to NonParty Witnesses |
| CRB272 | ORDER | 7-8-10 | CRB | Order Denying Motion to Revise Trial Schedule |
| CRB273 | ORDER | 7-13-10 | CRB | Order Denying Live365's Motion for Issuance of Subpoenas to Non Parties Pandora and Slacker |
| CRB274 | Filing | 7-16-10 | SX | Motion to Compel Live365 to Produce Documents that its Witness Reviewed and Relied on in Preparing His Rebuttal Testimony |
| CRB275 | Filing | 7-16-10 | SX | Motion in Limine to Exclude Portions of Dr. Salinger's Testimony About Non-Precedential WSA Agreements |
| CRB276 | Filing | 7-22-10 | SX | Witness Letter |
| CRB277 | Filing | 7-22-10 | Live365 | Witness Letter |
| CRB278 | Filing | 7-22-10 | IBS | Witness Letter |
| CRB279 | Filing | 7-22-10 | Live365 | Corrected Rebuttal Testimony of Alexander "Sandy" Smallens (PUBLIC and RESTRICTED) |
| CRB280 | Filing | 7-22-10 | Live365 | Motion for Application of the Protective Order |
| CRB281 | Filing | 7-22-10 | Live365 | Opposition to SoundExchange's motion to Compel Live365 to Produce Documents that its Witness Reviewed and Relied on in Preparing His Written Rebuttal Testimony |
| CRB282 | Filing | 7-23-10 | SX | Notice of Filing Second Revised Proposed Rates and Terms of SoundExchange |

| CRB283 | Filing | 7-23-10 | SX | Motion for leave to Tile Reply brief in Support of its Motion to Compel Live365 to produce Documents that its Witness Reviewed and Relied on in Preparing His Written Rebuttal Testimony |
| CRB284 | Filing | 7-23-10 | SX | Notice of Filing Second Revised Proposed Rates and Terms |
| CRB285 | Filing | 7-23-10 | SX | Second Revised Proposed Rates and Terms |
| CRB286 | Filing | 7-23-10 | Live365 | Opposition to SoundExchange's Motion in Limine to Exclude Portions of Dr. Salinger's Testimony About Non-Precedential WSA Agreements |
| CRB287 | Filing | 7-26-10 | Live365 | Opposition to SoundExchange's Motion for leave to File Reply Brief in Support of Its Motion to Compel |
| CRB288 | Filing | 7-29-10 | IBM | Amplification Restated Rate Proposal |
| CRB289 | Filing | 7-30-10 | IBS | Motion for Reconsideration of the Rulings Excluding Its Rebuttal Case |
| CRB290 | Filing | 8-6-10 | SX | Opposition to IBS Motion for Reconsideration of the Ruling Excluding Its Rebuttal Case |
| CRB291 | Filing | 8-6-10 | SX | Motion for Application of Protective Order to Certain Information Contained in Live365 Rebuttal Exhibit 1 (Public and Restricted Versions) |
| CRB292 | Filing | 8-6-10 | SX | Submission of Statement of Account Forms |
| CRB293 | Transcript | 8-12-10 | Capitol Reporting | Volume I (July 28, 2010) Rebuttal Phase; Witness: Michael Salinger, Alexander Smallens; Live365 Exhibits |
| CRB294 | Transcript | 8-13-10 | Capitol Reporting | Volume II (July 29, 2010) Rebuttal Phase; Witness: Frederick Kass; IBS Exhibits |

Last updated: 4/19/11

| CRB295 | Transcript | 8-17-10 | Capitol Reporting | Volume III (August 2, 2010) Rebuttal Phase; Witness: Janusz Ordover, Kyle Funn; Sound Exchange and Live365 Exhibits |
|---|---|---|---|---|
| CRB296 | ORDER | 8-18-10 | CRB | Order Denying IBS' Motion for Reconsideration of the Rulings Excluding Its Rebuttal Case |
| CRB297 | Filing | 8-30-10 | Live365, Inc. | Unopposed Motion for Application of the Protective order to Certain Information Contained in SoundExchange's Trial Exhibit 28 and 30 (PUBLIC and RESTRICTED) |
| CRB298 | Filing | 9-10-10 | Live365, Inc. | Proposed Findings of Fact and Conclusions of Law (Public and Restricted) |
| CRB299 | Filing | 9-10-10 | Live365, Inc. | Trial Exhibits (Public and Restricted) |
| CRB300 | Filing | 9-10-10 | SX | Proposed Findings of Fact and Conclusions of Law (Public and Restricted) |
| CRB301 | Filing | 9-10-10 | SX | Trial Exhibits (Restricted) |
| CRB302 | Filing | 9-10-10 | SX /Live365 | Stipulation Re: Certain Proposed Terms |
| CRB303 | Filing | 9-10-10 | College Broadcasters | Proposed Findings of Fact and Conclusions of Law |
| CRB304 | Filing | 9-10-10 | IBS | Proposed Findings of Fact and Conclusions of Law and Trial Exhibits |
| CRB305 | Filing | 9-15-10 | SX | Trial Exhibits (Public) |
| CRB306 | Filing | 9-15-10 | Live365 | Redaction Log for Findings of Fact and Conclusions of Law |
| CRB307 | Filing | 9-15-10 | IBS | Unopposed Motion for Leave to File Reformatted Proposed Findings of Fact and Conclusions of Law |
| CRB308 | Filing | 9-15-10 | IBS | Proposed Findings of Fact and Conclusions of Law (Reformatted) |

| CRB309 | Filing | 9-20-10 | SX, Live365, IBS, CBI, "the Parties" | Joint Proposal for Closing Arguments |
| CRB310 | Filing | 9-27-10 | Live365 | Reply to the Proposed Findings of Fact and Conclusions of Law of SoundExchange (RESTRICTED) |
| CRB311 | ORDER | 9-28-10 | CRB | Order of Presentation of Closing Arguments |
| CRB312 | Filing | 9-27-10 | CBI | Notice of Appearance |
| CRB313 | Filing | 9-27-10 | SX | Proposed Reply Findings of Fact and Conclusions of Law |
| CRB314 | Filing | 9-27-10 | IBS | Reply Findings of Fact and Conclusions |
| CRB315 | Filing | 9-27-10 | CBI | Reply Proposed Findings of Fact |
| CRB316 | Filing | 9-29-10 | Live365, Inc. | Reply to Proposed Findings of Fact of SoundExchange, Inc. (PUBLIC) |
| CRB317 | Transcript | 10-15-10 | Capital Reporting | Closing Arguments Rebuttal Phase (9-30-10) Sound Exchange, Live365 and Intercollegiate Broadcasting System |
| CRB318 | ORDER | 12-14-10 | CRB | Initial Determination of Rates and Terms |
| CRB319 | Filing | 12-29-10 | SX | Notice of Need for Typographical Correction |
| CRB320 | ORDER | 1-5-11 | CRB | Final Determination of Rates and Terms |